# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Board of Directors of the    :
Philadelphia Masjid, Inc., et al.,  :
       Appellants :
           :
    v.      :
           :
Gregory Jones, aka    :
Sefullah Muhammad, et al.  :   No. 1044 C.D. 2013

## **O R D E R**

NOW, July 18, 2014, having considered appellant's, Board of Directors of Philadelphia Masjid, Inc., application for reargument *en banc*, the application is denied.

             _____
             DAN PELLEGRINI,
             President Judge